IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MARCEY L. HAYES | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| VS. | § | NO. 3-08-CV-2136-K |
| DALLAS COUNTY, TEXAS | § | |
| Defendant. | § | |

## **ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Plaintiff's Objections to Findings, Conclusion and Recommendation of the United States Magistrate Judge, filed on January 27, 2009, are OVERRULED.

SO ORDERED.

Signed January 30th, 2009.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE